UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60170-CR-JORDAN\MCALILEY

UNITED STATES OF AMERICA,

v.

MARISOL HERNANDEZ-GARCIA,
a/k/a "Johanna Nieves Gerena,"
a/k/a "Katherine Sanchez,"

    Defendant.
_____/

## STIPULATED FACTUAL PROFFER FOR GUILTY PLEA

The United States of America, by and through the undersigned Assistant United States Attorney, and the Defendant, personally and through her attorney, hereby submit this stipulated factual proffer to establish the Defendant's guilt of the charge set forth in the Indictment:

1. On June 18, 2009, Marisol Hernandez Garcia was encountered by Customs and Border Protection (hereinafter referred to as "CBP") officers at the Ft. Lauderdale/Hollywood International Airport in Fort Lauderdale, Broward County, Florida enroute from the Dominican Republic. Hernandez Garcia presented a U.S. passport issued on September 10, 2008 in the name of Johanna Nieves Gerena (passport number 449803477) born on June 08, 1976 in Puerto Rico, U.S.A. During secondary inspection, CBP officers fingerprinted and interviewed Hernandez Garcia and determined that she was not the true Johanna Nieves Gerena. Hernandez Garcia's fingerprint results identified two previous encounters with CBP: on October 10, 1998 using the name Marisol Hernandez Garcia born on June 02, 1971, and on December 13, 2001 using the name Katherine Sanchez born on November 05, 1974. CBP officers issued a Miranda warning to Hernandez Garcia at which time she waived her rights and consented to speak to the officers. Hernandez Garcia admitted that her true name was Marisol Hernandez Garcia, born on June 02, 1971 and that she had obtained a U.S.

passport by fraudulently using a birth certificate in the name of Johanna Nieves Gerena.

2. On June 18, 2009, DS Agents Daniel Bluestein and Michelle Tongratanasiri interviewed Hernandez Garcia. Prior to the interview, Hernandez Garcia was issued a Miranda warning at which time she signed a waiver of rights form and consented to an interview. Hernandez Garcia stated that her true name was Marisol Hernandez Garcia born on June 02, 1971 in the Dominican Republic. Hernandez Garcia then stated that she found documents in a taxicab in Pennsylvania including a Puerto Rican birth certificate, Social Security card and divorce papers and used these documents to fraudulently obtain a Pennsylvania driver's license and subsequently a U.S. passport in the name of Johanna Nieves Gerena. Hernandez Garcia also admitted using the U.S. passport to travel on multiple occasions to the Dominican Republic and once to the Bahamas. Although Hernandez Garcia had flown through New York City on most occasions, she transited from Santo Domingo, Dominican Republic to Fort Lauderdale, Florida on June 18, 2009. Hernandez Garcia stated that she obtained the U.S. passport because she was desperate to see her sick mother, "Augustina," in Santo Domingo. Hernandez Garcia also advised that she had requested a legitimate U.S. visa at the Consulate in the Dominican Republic approximately 15 years ago but her request was denied. At the conclusion of the interview, Hernandez Garcia was shown a copy of the Application for a U.S. Passport (Form DS-11) in the name of Johanna Nieves Gerena. Hernandez Garcia verified that the photograph attached to the passport application was hers and that she had filled out the passport application and signed it in the name "Johanna Nieves Gerena."

3. On June 23, 2009, agents obtained a copy of the Department of State Consolidated Consular Affairs Non-Immigrant Visa (NIV) applicant record (Number 1997196 285 0017) for Marisol Edelmira Hernandez born on June 02, 1971 in the Dominican Republic. The record indicated that Hernandez applied for a B1/B2 NIV on July 15, 1997 in Santo Domingo using a Dominican Republic passport (number 96101726) but was refused.

4. On June 23, 2009, agents obtained a copy of the Dominican Republic credit bureau report containing photographs and identifying information for Marisol Edelmira Hernandez Garcia born on June 02, 1971. Hernandez was assigned Dominican Republic national identity number 001-0386120-9. Records indicated that her mother's name was Augustina Garcia and her father's name was Pedro Hernandez. This photograph of Hernandez appeared to be Hernandez Garcia.

5. By her signature below, the defendant verifies that:

A) she has read and understood the foregoing;

B) the stipulated factual record is true and correct;

C) she signs this document freely and voluntarily after she has received the advice of her counsel.

Respectfully submitted,

JEFFREY H. SLOMAN
ACTING UNITED STATES ATTORNEY

Date: 7/13/09

By: _____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

Date: 7/13/09

By: _____
DAVID RABEN, ESQUIRE
ATTORNEY FOR THE DEFENDANT

Date: 7/13/09

By: _____
MARISOL HERNANDEZ-GARCIA
DEFENDANT